**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-7465**

---

TYREE ALPHONSO ROBERTS, a/k/a Abdiyyah ben
Alkebulanyahh,

                                        Plaintiff - Appellant,

        versus

JON OZMINT; STAN BURTT; FRED B. THOMPSON;
CHARLES WHITTEN,

                                        Defendants - Appellees,

        and

MARK SANFORD,

                                        Defendant.

---

Appeal from the United States District Court for the District of
South Carolina, at Greenville.   Margaret B. Seymour, District
Judge.   (6:05-cv-02324-MBS)

---

Submitted:  November 15, 2006      Decided:  January 18, 2007

---

Before TRAXLER, KING, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Tyree Alphonso Roberts, Appellant Pro Se.   Andrew Frederick
Lindemann, DAVIDSON, MORRISON & LINDEMANN, P.A., Columbia, South
Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyree Alphonso Roberts, a/k/a Abdiyyah ben Alkebulanyahh, appeals the district court's order accepting the report and recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Roberts v. Ozmint</u>, No. 6:05-cv-02324-MBS (D.S.C. Aug. 8, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>